

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00259-CR

**EX PARTE** Jose Luis **AGUILAR HERNANDEZ**

From the County Court, Kinney County, Texas
Trial Court No. 11379CR
Honorable Susan D. Reed, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE SPEARS, AND JUSTICE MCCRAY

In accordance with this court's memorandum opinion of this date, the trial court's order denying Appellant's application for pretrial writ of habeas corpus is AFFIRMED and LIFT the stay imposed on April 25, 2024.

SIGNED July 30, 2025

_H. Todd McCray_
H. Todd McCray, Justice